THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* REX MATREL BOOTHE, Defendant-Appellant.

(No. 74-24;

Second District—November 18, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Marc R. Kadish, of Chicago, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Martin Moltz, both of Illinois State's Attorneys Association, of Elgin, for the People.